THE STATE OF OHIO, APPELLANT, *v.* SKIMMERHORN, APPELLEE.

[Cite as *State v. Skimmerhorn,* 108 Ohio St.3d 103, 2006-Ohio-164.]

(Nos. 2005–1857 and 2005–1911—Submitted November 29, 2005—Decided February 1, 2006.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The certification of conflict is accepted.

{¶ 3} The judgment of the court of appeals is reversed on the authority of *State v. Edwards,* 107 Ohio St.3d 169, 2005-Ohio-6180, 837 N.E.2d 752, and the cause is remanded to the trial court for further proceedings consistent therewith.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

Julia L. McNeil, Cincinnati City Solicitor, Ernest F. McAdams, Cincinnati Prosecuting Attorney, and Kristen Cosgrove Eatmon, Assistant Prosecuting Attorney, for appellant.